IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM B. GILLARD, JR., *et al.*<br><br>**Plaintiffs**<br><br>v.<br><br>**RECEIVABLES PERFORMANCE MANAGEMENT, LLC**<br><br>**Defendant** | CIVIL ACTION<br>NO. 14-02392 |

## ORDER

**AND NOW**, this 1st day of June, 2015, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 47), Defendants' Motion for Summary Judgment (Doc. No. 45), all briefing submitted in support of or opposition to those motions (Doc. Nos. 48, 49, 52, 53), and the parties' positions at oral argument, it is **ORDERED** that:

1. Plaintiffs' Motion is **DENIED**;

2. Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion is **GRANTED** with respect to calls made to the phone number ending in 2671. Defendant's Motion is **DENIED** in all other respects;

3. Judgment is entered in favor of Defendant and against Plaintiffs with regard to Plaintiffs' claim for violation of the Telephone Consumer Protection Act (Count I) in connection with calls made to the phone number ending in 2671 <u>only</u>.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.